FILED & ENTERED

JAN 07 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY espino    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>World Blackbelt Inc,<br><br>                              Debtor(s). | Case No: 1:10-bk-10148-GM<br><br>Chapter: 11<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO HAVE COUNSEL FOR A CORPORATE DEBTOR PURSUANT TO LOCAL RULE 9011-2(a)**<br><br>Date: January 21, 2010<br>Time: 10:00 a.m.<br>Location: Courtroom 303<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |

On January 6, 2010 a voluntary Chapter 11 bankruptcy petition was filed by debtor World Blackbelt Inc. and assigned case number SV10-10148GM.

Pursuant to Local Bankruptcy Rule 9011-2(a) a corporation, partnership or unincorporated association may not file a bankruptcy petition without counsel. The voluntary bankruptcy petition of debtor World Blackbelt Inc. indicates the type of debtor is a "Corporation."  Page three of the Chapter 11 bankruptcy petition for the debtor which provides for the name, address and signature box for debtor counsel contains the words, "Debtor not represented by attorney."

For these reasons the Court hereby schedules an Order to Show Cause Hearing for January 21, 2010 at 10:00 a.m. in Courtroom 303 why the above Chapter 11 bankruptcy case of debtor World Blackbelt Inc. should not be dismissed for violation of Local Bankruptcy Rule 9011-2(a) filing a Chapter 11 bankruptcy petition on behalf of a corporate debtor without counsel.

- 1

Should the corporate debtor fail to have an attorney, who substitutes into this bankruptcy case prior to the January 21, 2010 hearing, this Chapter 11 bankruptcy case may be dismissed.

###

DATED: January 7, 2010

_____
United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO HAVE COUNSEL FOR A CORPORATE DEBTOR PURSUANT TO LOCAL RULE 9011-2(a)**
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

| Category I (Served by the Court via Notice of Electronic Filing ("NEF")). | Category II (Served by Court via U.S. mail). |
|---|---|
| | **World Blackbelt Inc**<br>18663 Ventura Bvld Ste 210<br>Tarzana, CA 91356<br><br>**United States Trustee**<br>21051 Warner Center Lane, Suite 115<br>Woodland Hills, CA 91367<br>Att: Margaux Ross |

Category III (To be served by the lodging party).

- 4