**BRUCE M. GREENFIELD**
Attorney at Law   SBN 80122
520 S. Sepulveda Blvd. Ste. 404
Bel Air, California 90049-0077
e-mail: bgreenfieldlaw @ aol.com
(310) 471-5115 fax (310) 471-4355

Attorney for Debtor-in-Possession

FILED
MAY 17 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>WORLD BLACKBELT, Inc.<br><br>Debtor-in-Possession | Bankruptcy Case No. 1:10-bk-10148-GM<br><br>Chapter 11<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEBTOR-IN-POSSESSION AND FOR "EXTENSION" OF TIME LIMIT TO FILE "PLAN AND DISCLOSURE STATEMENT"**<br><br>Date: June 8, 2010<br>Time: 10:00 a.m.<br>Ctrm. 303 |

## MOTION FOR THE "WITHDRAWAL" - OF COUNSEL OF RECORD FOR DEBTOR

PLEASE TAKE NOTICE of Motion to Withdraw as Counsel of Record for Debtor-in-Possession: which will be scheduled for hearing on June 8, 2010 (at 10:00 a.m.) in Courtroom 303 - before the Honorable Geraldine Mund, United States Bankruptcy Judge - with regard to the withdrawal of the counsel of record for Debtor-in-Possession World Blackbelt, Inc. - [pursuant to Local rule 2091-1] which provides for withdrawal upon approval of the court; if notice to the debtor and U.S. trustee: as set forth in attached copy of Rule 2091-1 (providing required notice - in Section (c)(3) thereof): based upon the inability of counsel for Debtor and World Blackbelt - to agree upon fees to be paid; (as set forth in the attached Memorandum of Authorities and Declaration of Bruce M. Greenfield).

## MEMORANDUM OF POINTS AND AUTHORITIES

Counsel for World Blackbelt, Inc. submits the following Memorandum of Points and Authorities in support of his Motion for Withdrawal - as the counsel of record - for the Debtor-in-Possession:

### I.

**UPON THE INABILITY OF WORLD BLACKBELT - AND - COUNSEL FOR DEBTOR TO AGREE UPON FEES TO BE PAID PURSUANT TO THE RETAINER AGREEMENT THE COURT MAY GRANT AN APPLICATION FOR "WITHDRAWAL" OF COUNSEL.**

Rule 2091-1 provides for the withdrawal of counsel for Debtor-in-Possession upon court approval. As set forth in the Declaration of Bruce M. Greenfield (attached hereto) the debtor and its counsel cannot agree whether or not any fees are payable at this time pursuant to the "retainer agreement".

NOTICE IS HEREBY PROVIDED AS REQUIRED PURSUANT TO LOCAL RULE 2091-1:
As a corporate debtor is unable to appear without any counsel there exists a "possibility that the proceeding may be converted to Chapter 7 or a trustee may be appointed or the case dismissed".

### II.

**SINCE THE "PLAN AND DISCLOSURE STATEMENT" ARE DUE ON JUNE 29, 2010 THE COURT IS REQUESTED TO EXTEND TIME LIMIT(S) FOR FILING THEREOF.**

In order to avoid any possible prejudice to the Debtor-in-Possession, counsel for World Blackbelt hereby requests the court to extend the time limits for filing of the Plan and Disclosure Statement upon the granting of the Motion for the Withdrawal of the Counsel for the Debtor- in-Possession.

Dated: May 14, 2010

*Bruce M. Greenfield*
_____
Bruce M. Greenfield

## DECLARATION OF BRUCE M. GREENFIELD

I, Bruce M..Greenfield, declare as follows:

I am counsel of record for Debtor-in-Possession World Blackbelt, Inc. in Case No. 10-10148-GM.

As of the date of this declaration, World Blackbelt and its counsel cannot agree whether or not any attorneys fees are due and payable pursuant to the retainer agreement between debtor and counsel.

NOTICE IS HEREBY PROVIDED AS REQUIRED PURSUANT TO LOCAL RULE 2091-1:
As a corporate debtor is unable to appear without any counsel there exists a "possibility that the proceeding may be converted to Chapter 7 or a trustee may be appointed or the case dismissed".

However, I hereby request the court to approve and grant this Motion for Withdrawal of Counsel.

I declare under penalty of perjury under the laws of the United States of America; the foregoing is true and correct and that this declaration was executed May 14, 2010 - at Los Angeles, California.

*Bruce M. Greenfield*
_____
Bruce M. Greenfield

LBR 2091-1

**LBR 2091-1.   ATTORNEYS – WITHDRAWAL, SUBSTITUTION, AND CHANGE OF ADDRESS**

(a)   <u>Motion for Withdrawal</u>.  Except as provided in LBR 2091-1(b) and LBR 3015-1:

    (1)   An attorney who has appeared on behalf of an entity in any matter concerning the administration of the case, in one or more proceedings, or both, may not withdraw as counsel except by leave of court; and

    (2)   An entity represented by counsel may not appear without counsel or by a different attorney except by leave of court.

(b)   <u>Consensual Substitution of Counsel</u>.

    (1)   A consensual substitution of attorneys may be filed and served to substitute counsel without leave of court where:

        (A)   An entity on whose behalf an attorney has appeared in any matter concerning the administration of the case, in one or more proceedings, or both, desires to substitute a different attorney in place of its former attorney; or

        (B)   A previously unrepresented entity desires to substitute an attorney employed to represent the entity.

    (2)   A substitution of attorney must be filed in substantially the same form as court-approved form F 2090-1.4, Substitution of Attorney, and served on those persons entitled to notice under LBR 2091-1(c).

    (3)   An attorney's employment as a "professional person" under 11 U.S.C. §§ 327 or 1103 is not approved merely by the filing of a Substitution of Attorney and service of notice thereof.  Approval of employment must be obtained in compliance with the requirements of the Bankruptcy Code, FRBP, and these rules.

(c)   <u>Notice</u>.

    (1)   <u>Case</u>.  An attorney seeking withdrawal or substitution who has appeared on behalf of an entity in any matter concerning the administration of the case must give notice of the proposed substitution or motion for leave to withdraw to the debtor, the United States trustee, any case trustee, any committee appointed in the case, counsel for any of the foregoing, and parties requesting special notice.

    (2)   <u>Proceedings</u>.  An attorney seeking withdrawal or substitution who has appeared on behalf of an entity only in one or more proceedings must give notice of the proposed substitution or motion for leave to withdraw to the debtor, each party who has been named or who has appeared in such proceeding(s), and the United States trustee.

LBR 2091-1

(3) <u>Cases and Proceedings</u>. An attorney seeking withdrawal or substitution who has appeared on behalf of an entity both in the case and one or more proceedings must give notice of the proposed substitution or motion for leave to withdraw to all entities entitled to notice under subsections (c)(1) and (2) of this rule.

(d) **<u>Corporation, Partnership, Unincorporated Association, or Trust</u>**. An attorney moving for leave to withdraw from representation of a corporation, a partnership including a limited liability partnership, a limited liability company, or any other unincorporated association, or a trust, concurrently or prior to filing any such motion, must give notice to the client of the consequences of its inability to appear without counsel, including the possibility that a default judgment may be entered against it in pending proceedings; or, if the client is a chapter 11 debtor, that the case may be converted to chapter 7, a trustee may be appointed, or the case may be dismissed.

(e) **<u>Delay by Withdrawal or Substitution</u>.**

(1) A withdrawal or substitution of counsel will not result in a continuance of any matter, absent an order granting a motion for continuance after notice and a hearing pursuant to LBR 9013-1(m).

(2) Unless good cause is shown and the ends of justice require, no substitution or withdrawal will be allowed that will cause unreasonable delay in prosecution of the case or proceeding to completion.

(f) **<u>Change of Address</u>.**

(1) An attorney who changes office address must file and serve a notice of change of address to update the attorney's address in the court's electronic database.

(2) In the absence of a specific request to the contrary, a change of address will update the attorney's address in the court's electronic database and the mailing list in all open cases in which the attorney represents a debtor or other party in interest.

01/10

Declaration of Service

I, the undersigned declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years. My address is 520 S. Sepulveda Blvd. #404, Los Angeles, CA 90049

On May 14, 2010, I served the following document:

MOTION FOR WITHDRAWAL OF COUNSEL FOR WORLD BLACKBELT, INC.

on the parties in this action addressed as follows:

Office of the United States Trustee
21051 Warner Center Lane - Suite 115
Woodland Hills, California 91367

[and]

World Blackbelt, Inc.
18663 Ventura Blvd.
Suite 210
Tarzana, CA 91356

_X_ BY MAIL: I placed a true copy in a sealed envelope addressed as indicated above. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing, as stated in this Declaration.

I declare under penalty of perjury under the laws of the State of United States of America that this is true and correct; and the declaration was executed May 14, 2010, at Los Angeles, CA

*Bruce M. Greenfield*

---

Bruce M. Greenfield