# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

**FILED & ENTERED**

**NOV 19 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ogier    DEPUTY CLERK

| | |
|---|---|
| In re:<br><br>World Blackbelt Inc,<br><br><br><br>Debtor(s). | Case No: 1:10-bk-10148-GM<br><br>Chapter: 11<br><br>**ORDER DISMISSING CHAPTER 11 BANKRUPTCY CASE EFFECTIVE AUGUST 6, 2010 PURSUANT TO PRIOR ORDER OF THE COURT ENTERED ON JULY 23, 2010 AS DOCKET NUMBER 23**<br><br>NO HEARING |

On July 23, 2010 the court entered an order granting order to show cause to dismiss Chapter 11 bankruptcy case effective August 6, 2010 unless attorney Bruce Greenfield withdrew his motion to withdraw as counsel prior to that date.

Bruce Greenfield's withdrawal was not filed prior to that date. Because the order of July 23, 2010 was self-executing, the underlying Chapter 11 bankruptcy case has been dismissed.

The above Chapter 11 bankruptcy case of debtor World Blackbelt Inc. case number SV10-10148GM is **DISMISSED** effective August 6, 2010.

###

DATED: November 19, 2010

_____
United States Bankruptcy Judge

- 1 -

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DISMISSING CHAPTER 11 BANKRUPTCY CASE EFFECTIVE AUGUST 6, 2010 PURSUANT TO PRIOR ORDER OF THE COURT ENTERED ON JULY 23, 2010 AS DOCKET NUMBER 23**
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**S Margaux Ross** Email: margaux.ross@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**World Blackbelt Inc**
18663 Ventura Bvld Ste 210
Tarzana, CA 91356

**Bruce M Greenfield**
520 S Sepulveda Blvd Ste 404
Los Angeles, CA 90049

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

| Category I (Served by the Court via Notice of Electronic Filing ("NEF")). | Category II (Served by Court via U.S. mail). |
|---|---|
| | |

Category III (To be served by the lodging party).